# Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                                    Chapter 7

RANCE ANDREW MACFARLAND, JR.,                          Case No. 19-10061 (MEW)

                                    Debtor.
-----------------------------------------------------------------X

ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION
FOR ORDER DIRECTING DEBTOR'S BANKRUPTCY
ATTORNEY TO TURN OVER ALL NON-PRIVILEGED
RECORDS RELATED TO THE DEBTOR'S BANKRUPTCY CASE

Upon the *Chapter 7 Trustee's Motion for Order Directing Debtor's Bankruptcy Counsel to Turn Over All Non-Privileged Records Related to the Debtor's Bankruptcy Case* (the "**Motion**") filed by Jil Mazer-Marino, the chapter 7 trustee (the "**Trustee**") of Rance Andrew MacFarland, Jr. (the "**Debtor**"); and a hearing on the Motion having been held (the "**Hearing**"); and due and sufficient notice of the Motion and the Hearing having been given and no other or further notice being required; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDER, ADJUDGED AND DECREED AS FOLLOWS**:

1. The Motion is granted as set forth herein.

2. The Trustee shall cause a copy of this order to be served via first class mail on Anthony M. Vassallo, Esq. of the Law Office of Anthony M. Vassallo, 305 Fifth Avenue, Suite 1B, Brooklyn, New York 11215.

3. Anthony M. Vassallo, Esq is hereby directed to turnover and deliver to the Trustee at her office located at 990 Stewart Avenue, Suite 300, Garden City, New York 11530, all non-privileged records, documents and communications (whether electronic or paper) concerning the Debtor's bankruptcy case, assets, liabilities, and financial affairs, including, but not limited to, copies of Debtor's tax returns, credit reports, pay advices, financial statements

1

(including bank and credit card statements) for all accounts in which the Debtor has an interest or had an interest within one (1) prior to the commencement of this case, and any credit reports concerning the Debtor, so that it is received by the Trustee within ten (10) business days after service of this order by the Trustee on Anthony M. Vassallo, Esq.

Dated:   New York, New York
        June _____, 2019

                                              _____
                                              HONORABLE MICHAEL E. WILES

4236646