Hearing Date: **June 4, 2019 at 10:00 a.m.**
Objection Deadline: **May 28, 2019 at 4:00 p.m.**

Jil Mazer-Marino, Esq.
Michael Kwiatkowski, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706
jmazermarino@msek.com
mkwiatkowski@msek.com

*Proposed Counsel to Jil Mazer-Marino, the Chapter 7 Trustee*
*for the Estate of Rance Andrew MacFarland, Jr.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
**In re:**                                                                                  **Chapter 7**

**RANCE ANDREW MACFARLAND, JR.,**                           Case No. 19-10061 (MEW)

                                                    **Debtor.**
------------------------------------------------------------X

**NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION**
**FOR ORDER DIRECTING DEBTOR'S BANKRUPTCY ATTORNEY**
**TO TURN OVER ALL NON-PRIVILEGED RECORDS RELATED**
**TO THE DEBTOR'S BANKRUPTCY CASE**

**PLEASE TAKE NOTICE**, that a hearing will be held on **June 4, 2019 at 10:00 a.m.**, or as soon thereafter as counsel can be heard, before the Honorable Michael E. Wiles, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408 (the "**Bankruptcy Court**"), upon the motion (the "**Motion**"), filed by Jil Mazer-Marino, the chapter 7 trustee (the "**Trustee**") of Rance Andrew MacFarland, Jr. (the "**Debtor**"), seeking an order directing Anthony M. Vassallo, Esq. of the Law Office of Anthony M. Vassallo, an attorney retained by the Debtor in connection with the

Debtor's bankruptcy case, to turn over to the Trustee all non-privileged records related to the Debtor's bankruptcy case, property, and financial affairs.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, set forth the basis for the objection and the specific grounds therefor, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard-copy delivered directly to Chambers), and shall be served in accordance with General Order M-242, upon (i) Meyer, Suozzi, English & Klein, P.C., 990 Stewart Avenue, Suite 300, P.O. Box 9194, Garden City, New York 11530-9194, Attn: Jil Mazer-Marino, Esq. and Michael Kwiatkowski, Esq., and (ii) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014, Attn: Benjamin J. Higgins, Esq., so as to be received on or before **May 28, 2019 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE**, that the hearing on the Motion may be adjourned from time to time as set forth in open Court and without further notice by the Trustee.

Dated:   Garden City, New York
         May 17, 2019

                                            MEYER, SUOZZI, ENGLISH & KLEIN P.C.

                                            By:      */s/ Jil Mazer-Marino*
                                                       Jil Mazer-Marino
                                                       Michael Kwiatkowski
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706
jmazermarino@msek.com
mkwiatkowski@msek.com

*Proposed Counsel to Jil Mazer-Marino,
the Chapter 7 Trustee for the Estate of
Rance Andrew MacFarland, Jr.*